1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EURO CLASSICS, INC.,

          Plaintiff,

    v.

EXEL GLOBAL LOGISTICS,

          Defendant.

CASE NO. C06-843JLR

ORDER

     The court previously directed the parties to appoint local counsel and register with the court's electronic filing system by August 11, 2006 or face dismissal (Dkt. # 18).  Plaintiff has failed to comply with this order.  Therefore, the court dismisses the case without prejudice.

     DATED this 17th day of October, 2006.

                              _____
                              JAMES L. ROBART
                              United States District Judge

ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER